CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I have this day caused to be served to the following counsel by U.S. Mail, the foregoing Unopposed Motion to Enter Consent Decree:

THEODORE H. ADKINSON
Keesal, Young & Logan
400 Oceangate
P.O. Box 1730
Long Beach, CA 90801-1730

Attorney for Defendant Yang Ming Marine Transport Corporation and All Oceans Transportation, Inc.

JOHN E. HOLLOWAY
Hunton & Williams
500 East Main Street
Norfolk, VA 23510

Attorney for Defendant Italia Marittima S.p.A

SO CERTIFIED this 14th day of September, 2006.

/s/ Lori Jonas
Lori Jonas

CERTIFICATE OF SERVICE